UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH C. PICKELL,

      Plaintiff,                                 Civil Action No. 13-CV-12814

vs.                                    HON. BERNARD A. FRIEDMAN

COMMISSIONER OF
SOCIAL SECURITY,

      Defendant.
_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

This matter is presently before the Court on cross motions for summary judgment [docket entries 12 and 19].  Magistrate Judge Mona K. Majzoub has submitted a Report and Recommendation ("R&R") in which she recommends that defendant's motion be denied, that plaintiff's motion be granted in part and denied in part, and that the matter be remanded for further proceedings.  Neither party has objected to the R&R and the objection period has expired.  The Court has reviewed the parties' motions and the R&R and agrees with the magistrate judge's analysis and recommendation.  Accordingly,

IT IS ORDERED that defendant's motion for summary judgment is denied.

IT IS FURTHER ORDERED that plaintiff's motion for summary judgment is granted in part and denied in part.

IT IS FURTHER ORDERED that this matter is remanded to the Commissioner of

Social Security for further proceedings as outlined in the magistrate judge's R&R.


                                        S/ Bernard A. Friedman_____
                                        BERNARD A. FRIEDMAN
                                        SENIOR UNITED STATES DISTRICT JUDGE

Dated: September 24, 2014
       Detroit, Michigan

2